**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 705, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-0744 |
| | ) | |
| MAUSER PACKAGING SOLUTIONS, | ) | Hon. Matthew F. Kennelly |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**PLAINTIFF'S UNCONTESTED MOTION FOR PARTIAL SUBSTITUTION OF COUNSEL**

Plaintiff Teamsters Local Union No. 705 ("Union") hereby moves for leave to withdraw the appearance of Miranda Surratt and to add N. Elizabeth Reynolds as an additional attorney of record in this matter and states:

1. Khristian Gervais Parker and Miranda Surratt of Teamsters Local Union No. 705 are the Union's counsel of record in this matter.

2. Ms. Surratt is leaving the Union for another position and her last day will be September 18, 2026.

3. The Union is requesting leave for Ms. Surratt to withdraw her appearance.

4. The Union is requesting leave for its outside counsel, N. Elizabeth Reynolds of the law firm Allison, Slutsky & Kennedy, P.C., to file an additional appearance on behalf of the Union.

5. Ms. Parker will continue as counsel for the Union.

6. This Motion is uncontested by Defendant.

WHEREFORE, Plaintiff Teamsters Local Union No. 705 respectfully moves for entry of an order granting leave for Miranda Surratt to withdraw her appearance and for N. Elizabeth Reynolds to appear as additional counsel in this matter.

Respectfully submitted,

Plaintiff/Counter-Defendant
Teamsters Local Union No. 705

By: /s/ N. Elizabeth Reynolds

Khristian G. Parker, General Counsel
Miranda Surratt, Legal Counsel
TEAMSTERS LOCAL UNION NO. 705
325 S. Paulina Street, 3rd Floor
Chicago, IL 60612
(312) 738-5264
kparker@l705ibt.org
msurratt@l705ibt.org

N. Elizabeth Reynolds
ALLISON, SLUTSKY & KENNEDY, P.C.
230 W. Monroe Street, Suite 2000
Chicago, IL 60606
(312) 364-9400, Extension 3010
reynolds@ask-attorneys.com

September 17, 2026

## Certificate of Service

The undersigned attorney hereby certifies that she caused the attached Uncontested Motion for Partial Substitution of Counsel to be served on the following persons, on this 17th day of September 2026, by electronically filing it with the Court's CM-ECF system, which will cause electronic copies to be sent to:

Matthew T. DiCianni – mdicianni@cozen.com
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60603

/s/ N. Elizabeth Reynolds